# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACOB JAMES TOWNSEND,
ADC #141915                                                                                    PLAINTIFF

V.                             5:16CV00247 BSM/JTR

TERRY MURPHY,
Water Treatment Supervisor,
Tucker Unit, ADC, et al.                                                                   DEFENDANTS

## ORDER

Plaintiff, Jacob James Townsend ("Townsend"), is a prisoner in the Texarkana Work Release Unit of the Arkansas Department of Correction. Pursuant to the Prison Litigation Reform Act ("PLRA"), the Court must screen the allegations Townsend has made in his *pro se* § 1983 Complaint.[1]  *Doc. 2.*

Townsend alleges that, while he was in the Tucker Unit, Defendants Murphy and Romine subjected him to an excessive risk of harm by forcing him to use chlorine

---

[1] The PLRA requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

gas without proper training or safety gear. Townsend also has named Warden David White ("White") as a Defendant. However, Townsend had not explained how White was personally involved in the alleged constitutional violation. The Court needs further information to complete § 1915A screening.

Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) how White was personally involved in the alleged violation of his constitutional rights; and (2) why he had named all three Defendants in both their official and individual capacities.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **on or before October 21, 2016**, an Amended Complaint containing the specified information.

2. Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 22nd day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE