# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACOB JAMES TOWNSEND,
ADC #141915                                                                                    PLAINTIFF

V.                          5:16CV00247 BSM/JTR

TERRY MURPHY,
Water Treatment Supervisor,
Tucker Unit, ADC, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff, Jacob James Townsend ("Townsend"), is a prisoner in the Texarkana Work Release Unit of the Arkansas Department of Correction ("ADC"). Before Townsend can proceed with this case, the Court must screen his allegations.[1]

Townsend alleges that, while he was in the Tucker Unit, Defendants Warden David White ("White"), Water Treatment Supervisor Terry Murphy ("Murphy"), and Outside Maintenance Supervisor Richard Romine ("Romine") subjected him to an

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

excessive risk of harm by forcing him to work with chlorine gas without proper training or safety gear. *Doc. 2 & 12.* The Court concludes, *for screening purposes only*, that Townsend has pled a viable § 1983 claim against White, Murphy, and Romine.

    IT IS THEREFORE ORDERED THAT:

    1.    Townsend may PROCEED with his § 1983 claims against White, Murphy, and Romine.

    2.    Townsend's Motions for Service *(Docs. 7 & 13)* are GRANTED.

    3.    The Clerk is directed to prepare a summons for White, Murphy, and Romine. The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them through the ADC Compliance Office without prepayment of fees and costs or security therefor.[2]

    Dated this 14th day of November, 2016.

                                                 UNITED STATES MAGISTRATE JUDGE

---

[2] If any of the Defendants are no longer ADC employees, the ADC Compliance Office must file a **sealed** Statement providing the unserved Defendant's last known private mailing address.