IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB JAMES TOWNSEND                                                      PLAINTIFF
ADC #141915

v.                      CASE NO. 5:16-CV-00247 BSM

TERRY MURPHY, Water Treatment Supervisor, ADC
Tucker Unit, et al.                                                            DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 59] and objections [Doc. No. 60] filed by plaintiff Jacob Townsend have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, the motion for summary judgment [Doc. No. 32] submitted by defendants Richard Romine and David White is granted and Townsend's claims against them are dismissed without prejudice. Finally, defendant Terry Murphy's motion for summary judgment [Doc. No. 44] is granted and Townsend's claims against Murphy are dismissed without prejudice.

IT IS SO ORDERED this 14th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE