# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JACOB JAMES TOWNSEND                                              PLAINTIFF
ADC #141915

V.                              5:16CV00247 BSM/JTR

TERRY MURPHY,
Water Treatment Supervisor,
Tucker Unit, ADC, *et al.*                                       DEFENDANTS

## <u>ORDER</u>

On July 31, 2018, the Eighth Circuit Court of Appeals issued an opinion: (1) affirming the grant of summary judgment to Defendants Richard Romine and David White; (2) reversing the grant of summary judgment to Defendant Terry Murphy; and (3) and remanding the case to this Court for further proceedings consistent with the opinion. *Doc. 71.* The mandate has issued. *Doc. 73.*

In accordance with this Court's June 14, 2017 Order granting summary judgment (*Doc. 61)*, as now affirmed by the Eighth Circuit, the Clerk of the Court is directed to terminate Romine and White as Defendants in this action.

The remaining parties must complete discovery **on or before December 3, 2018,**[1] and file any final dispositive motions **on or before January 2, 2019**.

---

[1]This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a

IT IS SO ORDERED this 4th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline.